## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 27th day of December, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Sun Coast Resources Inc.*
Attn:   President/CEO
6922 Cavalcade Street
Houston, TX 77028-5802

*Sun Coast Resources, Inc.*
Attn:   Kathy E. Lehne, Registered Agent
6922 Cavalcade Street
Houston, TX 77028-5802

Mary E. Augustine (No. 4477)

612618v1